**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-7338**

---

WILLIE JAMES NESMITH,

                                        Plaintiff - Appellant,

        versus

CHARLES HILL; ALTON ANDERSON, M.D.; OFFICER
PARKER,

                                        Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  W. Earl Britt, District
Judge.  (CA-95-312)

---

Submitted:  December 14, 1995          Decided:  January 17, 1996

---

Before ERVIN, Chief Judge, and WIDENER and WILKINS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Willie James Nesmith, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Nesmith v. Hill</u>, No. CA-95-312 (E.D.N.C. Aug. 9, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>